IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN HENRY ROHMFELD, JR., | § § § | |
| Plaintiff, | § § | |
| V. | § § | C.A. No. C-07-375 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The Court enters final judgment dismissing Plaintiff's Complaint without prejudice.

It is so ORDERED this 8th day of May, 2008.

_____
Janis Graham Jack
United States District Judge